

| A CERTIFIED TRUE COPY ATTEST By Darion Payne on Mar 29, 2010 FOR THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |
|---|

FILED
MAR 29 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 12, 2010

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MUSICAL INSTRUMENTS AND
EQUIPMENT ANTITRUST LITIGATION
Dwayne Wiggins v. Guitar Center, Inc., et al.,
N.D. California, C.A. No. 3:10-631

09md2121- LAB(POR)

MDL No. 2121

## CONDITIONAL TRANSFER ORDER (CTO-3)

On December 9, 2009, the Panel transferred three civil actions to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 657 F.Supp.2d 1379 (J.P.M.L. 2009). Since that time, 19 additional actions have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Larry Alan Burns.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Burns.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of December 9, 2009, and, with the consent of that court, assigned to the Honorable Larry Alan Burns.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted. Mar 29, 2010 CLERK'S OFFICE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |
|---|

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 3/29/10
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy